1 | Nathaniel S.G. Braun (SBN CA 269087)
nbraun@selmanlaw.com
2 | Michael B. Gelfound (SBN CA 297413)
mgelfound@selmanlaw.com
3 | SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
4 | Los Angeles, CA 90025-6546
Telephone: 310.445.0800
5 | Facsimile: 310.473.2525

6 | Michelle R. Bernard (SBN 144582)
mbernard@grsm.com
7 | Jessica Meyer (SBN 249064)
jlmeyer@grsm.com
8 | GORDON & REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
9 | San Diego, CA 92101
Telephone: 619.696.6700
10 | Facsimile: 619.696.7124

11 | Attorneys for Plaintiff/Counter-Defendant
Scottsdale Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PTB Sales, Inc., a California corporation,<br><br>　　　　　Defendant. | Case No. 2:18-cv-03625-PA (AFMx)<br><br>JUDGMENT |
| PTB Sales, Inc., a California corporation,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>Scottsdale Insurance Company, an Ohio corporation,<br><br>　　　　　Counter-Defendant. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**WHEREAS** Plaintiff / Counter-Defendant Scottsdale Insurance Company ("Scottsdale") filed a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, scheduled to be heard on February 11, 2019.

**WHEREAS** the Court vacated the hearing on Scottsdale's Motion, and on that same date, February 11, 2019, issued an Order granting Scottsdale's Motion in its entirety. ECF No. 56.

**WHEREAS** the Court concluded that Scottsdale is entitled to reimbursement from PTB for its defense costs of $457,384.44 and settlement costs of $350,000.00, for a total judgment in the amount of $807,384.44.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment shall be entered for Scottsdale and against Defendant / Counter-Claimant PTB Sales, Inc. as set forth in and in accordance with the Order granting Scottsdale's Motion for Summary Judgment in its entirety. Further, pursuant to the Order, Scottsdale is entitled to reimbursement from PTB for its defense costs of $457,384.44 and settlement costs of $350,000.00, for a total amount of $807,384.44.

Judgment is entered in favor of Scottsdale for the total amount of $807,834.44.

DATED: March 2, 2019

_____
Percy Anderson
United States District Judge