Name Andrew W. Zepeda (SBN 106509); James J. Finsten (SBN 234999)
Address 1875 Century Park East, Suite 2100
City, State, Zip Los Angeles, CA 90067
Phone (310) 274-8700
Fax (310) 274-2798
E-Mail azepeda@lurie-zepeda.com; jfinsten@lurie-zepeda.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>                                    PLAINTIFF(S),<br>                v.<br>PTB SALES, INC.<br><br>                                    DEFENDANT(S). | CASE NUMBER:<br><br>2:18-cv-03625-PA-AFMx<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ PTB SALES, INC. _____ hereby appeals to
                                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):


☒ Judgment (specify):
    in favor of Scottsdale Insurance Company
    and against PTB Sales, Inc.

☐ Other (specify):


Imposed or Filed on ___March 2, 2019___. Entered on the docket in this action on March 2, 2019.

A copy of said judgment or order is attached hereto.

March 28, 2019                                      [signature]
Date                                                Signature
                                                    ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

PTB Sales, Inc.

Name(s) of counsel (if any):

LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN, APC
Andrew W. Zepeda; Kurt L. Schmalz; James J. Finsten

Address: 1875 Century Park East, Suite 2100; Los Angeles, CA 90067-2574

Telephone number(s): (310) 274-8700

Email(s): azepeda@lurie-zepeda.com; kschmalz@lurie-zepeda.com; jfinsten@lurie-zepeda.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Scottsdale Insurance Company

Name(s) of counsel (if any):

SELMAN BREITMAN, LLP
Alan B. Yuter; Nathaniel S.G. Braun

Address: 11766 Wilshire Blvd, Sixth Floor; Los Angeles, CA 90025-6538

Telephone number(s): (310) 445-0800

Email(s): ayuter@selmanlaw.com; nbraun@selmanlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Scottsdale Insurance Company

Name(s) of counsel (if any):
GORDON REES SCULLY MANSUKHANI, LLP
Michelle R. Bernard; Jessica L. Meyer

Address: 101 W. Broadway, Suite 2000; San Diego, CA 92101

Telephone number(s): (619) 230-7769

Email(s): mbernard@grsm.com; jlmeyer@grsm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6           2           New 12/01/2018

Nathaniel S.G. Braun (SBN CA 269087)
nbraun@selmanlaw.com
Michael B. Gelfound (SBN CA 297413)
mgelfound@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800
Facsimile: 310.473.2525

Michelle R. Bernard (SBN 144582)
mbernard@grsm.com
Jessica Meyer (SBN 249064)
jlmeyer@grsm.com
GORDON & REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: 619.696.6700
Facsimile: 619.696.7124

Attorneys for Plaintiff/Counter-Defendant
Scottsdale Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PTB Sales, Inc., a California corporation,<br><br>　　　　Defendant. | Case No. 2:18-cv-03625-PA (AFMx)<br><br>JUDGMENT |
| PTB Sales, Inc., a California corporation,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>Scottsdale Insurance Company, an Ohio corporation,<br><br>　　　　Counter-Defendant. | |

JUDGMENT
2:18-cv-03625-PA (AFMx)

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**WHEREAS** Plaintiff / Counter-Defendant Scottsdale Insurance Company ("Scottsdale") filed a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, scheduled to be heard on February 11, 2019.

**WHEREAS** the Court vacated the hearing on Scottsdale's Motion, and on that same date, February 11, 2019, issued an Order granting Scottsdale's Motion in its entirety. ECF No. 56.

**WHEREAS** the Court concluded that Scottsdale is entitled to reimbursement from PTB for its defense costs of $457,384.44 and settlement costs of $350,000.00, for a total judgment in the amount of $807,384.44.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment shall be entered for Scottsdale and against Defendant / Counter-Claimant PTB Sales, Inc. as set forth in and in accordance with the Order granting Scottsdale's Motion for Summary Judgment in its entirety. Further, pursuant to the Order, Scottsdale is entitled to reimbursement from PTB for its defense costs of $457,384.44 and settlement costs of $350,000.00, for a total amount of $807,384.44.

Judgment is entered in favor of Scottsdale for the total amount of $807,834.44.

DATED: March 2, 2019

_____
Percy Anderson
United States District Judge

1

JUDGMENT
2:18-cv-03625-PA (AFMx)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing entitled document: **NOTICE OF APPEAL**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

| | |
|---|---|
| Alan B. Yuter, Esq.<br>ayuter@selmanlaw.com<br>Nathaniel S.G. Braun, Esq.<br>nbraun@selmanlaw.com<br>SELMAN BREITMAN LLP<br>11766 Wilshire Blvd, Sixth Floor<br>Los Angeles, CA 90025 | *Attorneys for Plaintiff*<br>*Scottsdale Insurance Company* |
| Michelle R. Bernard, Esq.<br>mbernard@grsm.com<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101 | *Attorneys for Plaintiff*<br>*Scottsdale Insurance Company* |

Respectfully submitted,

Dated: March 28, 2019

LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
    ANDREW W. ZEPEDA
    JAMES J. FINSTEN

LAW OFFICES OF JOHN BELCHER
    JOHN A. BELCHER

By: */s/ James J. Finsten*
    ANDREW W. ZEPEDA
    JAMES J. FINSTEN
    Attorneys for Defendant
    PTB Sales, Inc.

{00473194.DOCX}

**LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN**
1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574

**USDC CASE NO. 2:18-CV-03625-PA (AFMx)**